## Commonwealth *v.* Warr, Appellant.

Submitted September 10, 1973. *Lewis G. Steinberg,* and *Lugg & Snowiss,* for appellant; no appearance entered nor brief submitted for appellee.

Order affirmed.

## Commonwealth *v.* Washington, Appellant.

Argued November 13, 1973. *Sherman K. Levine,* for appellant; *Paul W. Johnson,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.